IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Newnan

SEP - 9 2010

James N. Hatten
By: Deputy Clerk

ANGELIA SOLOMON,                :
                               :
        Plaintiff,             :
                               :     CIVIL ACTION
                               :     NO. 3:08-cv-00135-JTC
            v.                 :
                               :
                               :
DEPARTMENT OF THE ARMY,        :
                               :
        Defendant.             :

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff

Angelia Solomon and defendant U.S. Department of the Army do

hereby file this stipulation of dismissal with prejudice of all

claims asserted in this action.  Each party shall bear her/its

own costs.

Respectfully submitted this 9th day of September, 2010,

by:

ANGELIA SOLOMON                   SALLY QUILLIAN YATES
Post Office Box 90103             UNITED STATES  ATTORNEY
East Point, GA 30364              /s/ NEELI BEN-DAVID
(770) 310-7052                    ASSISTANT U. S. ATTORNEY
                                  Georgia Bar No. 049788
                                  75 Spring Street, S.W., Ste. 600
                                  Atlanta, Georgia 30303
                                  (404) 581-6303 (telephone)
                                  (404) 581-6150 (facsimile)

## **CERTIFICATE OF COMPLIANCE**

I certify that the document to which this certificate is attached has been prepared with one of the font and point selections approved by the Court in LR 5.1B for documents prepared by computer.

This 9th day of September, 2010.

Angelia Solomon

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing

STIPULATION OF DISMISSAL WITH PREJUDICE on counsel of record

by sending a true and correct copy thereof via U.S. Mail to the

following counsel of record:

> NEELI BEN-DAVID
> ASSISTANT U.S. ATTORNEY
> 600 U.S. Courthouse
> 75 Spring Street, S.W.
> Atlanta, Georgia   30303

This 9th day of September, 2010.

Angela Solomon